**No. 10-8435. Mary Leandra Cluck, Petitioner v. Eldon W. Vail, Secretary, Washington Department of Corrections, et al.**

562 U.S. 1283, 131 S. Ct. 1689, 179 L. Ed. 2d 612, 2011 U.S. LEXIS 2194.

March 21, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam).

◼

**No. 10-8446. Charles Pointer, Petitioner v. Ida Early, et al.**

562 U.S. 1284, 131 S. Ct. 1690, 179 L. Ed. 2d 612, 2011 U.S. LEXIS 2123.

March 21, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit dismissed. See Rule 39.8.

◼

**No. 10-8576. Gregory T. Howard, Petitioner v. United States District Court for the Southern District of Ohio, et al.**

562 U.S. 1284, 131 S. Ct. 1719, 179 L. Ed. 2d 612, 2011 U.S. LEXIS 2157.

March 21, 2011. Motion of petitioner for leave to proceed in forma pauperis denied,

and petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam). Justice Kagan took no part in the consideration or decision of this motion and this petition.

◼

**No. 10-8833. Lisa J. Gillard, Petitioner v. Northwestern University.**

562 U.S. 1284, 131 S. Ct. 1701, 179 L. Ed. 2d 612, 2011 U.S. LEXIS 2146.

March 21, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit dismissed. See Rule 39.8.

◼

**No. 10M79. Kirk Wayne McBride, Petitioner v. Texas.**

562 U.S. 1284, 131 S. Ct. 1715, 179 L. Ed. 2d 612, 2011 U.S. LEXIS 2369.

March 21, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

◼

**No. 10M80. Darris Alaric Ware, Petitioner v. Douglas F. Gansler, Attorney General of Maryland, et al.**

562 U.S. 1284, 131 S. Ct. 1715, 179 L. Ed. 2d 612, 2011 U.S. LEXIS 2245.

March 21, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.